# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| CLYDE BENNETT, JR., WILBUR CHARLES BENNETT, | § § § § § § § § § § § § § | CIVIL ACTION NO.  2:19-CV-00404-JRG |
| Plaintiffs, | | |
| v. | | |
| STEVEN G. MCCARTER, WALTER E. PEARCE, | | |
| Defendants. | | |

## ORDER

Before the Court is Defendant Walter E. Pearce's Rule 12(b)(6) Motion to Dismiss and Brief in Support Thereof (the "Motion").  (Dkt. No. 7.)  In light of Plaintiffs' subsequent First Amended Complaint (Dkt. No. 8), the Court **DENIES** the Motion **AS MOOT**.

**So ORDERED and SIGNED this 22nd day of June, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE