## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| CLYDE BENNETT, JR., WILBUR CHARLES BENNETT, | § § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CIVIL ACTION NO.  2:19-CV-00404-JRG |
| STEVEN G. MCCARTER, WALTER E. PEARCE, | § § § | |
| Defendants. | § § § | |

### ORDER

Before the Court is the Stipulation of Dismissal (the "Stipulation") filed by Plaintiffs Clyde Bennett, Jr. and Wilbur Charles Bennett (collectively, "Plaintiffs") and signed by Defendants Steven G. McCarter and Walter E. Pearce (collectively, "Defendants"). (Dkt. No. 29.)  In view of the Stipulation, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(ii), all claims and causes of action in the above-captioned case are **DISMISSED WITH PREJUDICE**.  All pending requests for relief not expressly granted herein are **DENIED AS MOOT**.  Each party is to bear its own costs, expenses, and attorneys' fees.

The Clerk of the Court is directed to **CLOSE** the above-captioned case.

## So Ordered this
**Jul 26, 2020**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE