## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| CLYDE BENNETT, JR., WILBUR CHARLES BENNETT, | § § § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CIVIL ACTION NO.  2:19-CV-00404-JRG |
| STEVEN G. MCCARTER, WALTER E. PEARCE, | § § § § | |
| *Defendants*. | § § § | |

### ORDER

Before the Court is Defendant McCarter's Motion for Voluntary Dismissal of Original Cross-Claim for Contribution Against Defendant Walter E. Pearce (the "Motion").  (Dkt. No. 28.) In the Motion, Defendant Steven G. McCarter ("McCarter") moves for voluntary dismissal of his cross-claim against Defendant Walter E. Pearce ("Pearce").  Having considered the Motion, the Court is of the opinion that it should be and hereby is **GRANTED**.  It is therefore **ORDERED** that McCarter's cross-claim against Pearce is **DISMISSED WITHOUT PREJUDICE**.

In light of the foregoing, Defendant Walter E. Pearce's Rule 12(b)(6) Motion to Dismiss Defendant Steven G. McCarter's Cross-Claim and Brief in Support Thereof (the "Motion to Dismiss") is hereby **DENIED AS MOOT**.  (Dkt. No. 16.)

### So Ordered this
**Jul 26, 2020**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE